IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| BARBARA ANN NESBIT, | |
|---|---|
| Plaintiff, | 8:19-CV-72 |
| vs. | |
| NE/HEALTH AND HUMAN SERVICES DEPARTMENT and JOSEPH WILSON - EEOC, | ORDER |
| Defendants. | |

This matter is before the Court on the Magistrate Judge's Findings and Recommendation (filing 13) recommending that this case be dismissed for lack of subject matter jurisdiction. Pursuant to 28 U.S.C. § 636(b)(1)(C) and NECrimR 11.2(d), the Court has conducted a de novo review of the record and adopts the findings and recommendation of the Magistrate Judge.

IT IS ORDERED:

1. The Magistrate Judge's Findings and Recommendation (filing 13) are adopted.

2. The plaintiff's objection (filing 14) is overruled.

3. This case is dismissed without prejudice.

4. A separate judgment will be entered.

Dated this 7th day of August, 2019.

BY THE COURT:

John M. Gerrard
Chief United States District Judge